AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennedy, Heather L. | District Court for the Northern Mariana Islands | 1/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Clerk of Court/Part-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2013<br>to<br>10/28/2014 |

**7. Chambers or Office Address**

123 Kopa di Oru Street
P.O. Box 500687
Saipan, MP 96950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member, Secretary (resigned August 2012) | Northern Mariana Islands Triathlon Federation (nonprofit organization) |
| 2. | Board Member, Secretary (resigned April 2013) | Whispering Palms School (nonprofit organization) |
| 3. | Executive Director and General Counsel (resigned April 2013) | Law Revision Commission - CNMI Judiciary (government entity) |
| 4. | Heather L. Kennedy, Sole Proprietor | Closed March 2013 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L.. | 1/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Law Revision Commission - Northern Mariana Islands - Salary | $61,893.00 |
| 2. 2013 | Law Revision Commission - Northern Mariana Islands - Salary | $21,940.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Office of the Public Defender, Northern Mariana Islands - Salary |
| 2. 2012 | Office of the Public Defender, Northern Mariana Islands - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Hawaii accounts | A | Int./Div. | L | T | | | | | |
| 2. Missouri State Employee Credit Union | A | Int./Div. | J | T | | | | | |
| 3. American Funds VCSP/CollegeAmerica - moderate risk | D | Int./Div. | L | T | | | | | |
| 4. State of Missouri 401(a) plan | | | | | | | | | |
| 5. -Federated U.S. Govt. Securities 2-5 yr fund | A | Int./Div. | J | T | | | | | |
| 6. -Missouri 2020 fund | A | Int./Div. | J | T | | | | | |
| 7. -American Century Equity Inc. fund | A | Int./Div. | J | T | | | | | |
| 8. -American Century Ultra fund | A | Int./Div. | J | T | | | | | |
| 9. -Goldman Sachs Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 10. -Neuberger Berman Genesis Trust | A | Int./Div. | J | T | | | | | |
| 11. -T Rowe Price Intl Stock fund | A | Int./Div. | J | T | | | | | |
| 12. USAA 529 College Savings Plan - moderate risk | B | Int./Div. | K | T | | | | | |
| 13. Nationwide Annuity contract | | | | | | | | | |
| 14. -FIDVIP Hi Income Initial | A | Int./Div. | J | T | | | | | |
| 15. -JNSASP FRTSVC | A | Int./Div. | J | T | | | | | |
| 16. -NW AMFDS NVIT GLBL GR II | A | Int./Div. | J | T | | | | | |
| 17. -NW AMFDS NVIT GR II | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NW NVIT LGCAP GR I | A | Int./Div. | J | T | | | | | |
| 19. -NW NVIT MUTL MGR SM CO I | A | Int./Div. | J | T | | | | | |
| 20. -NW NVIT REALEST I | A | Int./Div. | J | T | | | | | |
| 21. -VANECKVIPGLBHRDASSTINITIAL | A | Int./Div. | J | T | | | | | |
| 22. -WR IVY VIP ASST STRAT | A | Int./Div. | J | T | | | | | |
| 23. Calvert Equity Portfolio A | A | Int./Div. | J | T | | | | | |
| 24. Calvert Global Alternative Energy Fund A | A | Int./Div. | J | T | | | | | |
| 25. Calvert Global Water Fund a | A | Int./Div. | J | T | | | | | |
| 26. NMI Public Employee DC Plan | | | | | | | | | |
| 27. -BlackRock Health Sciences Opps Instl | A | Int./Div. | J | T | | | | | |
| 28. -BlackRock Inflation Protected Bond Ins | A | Int./Div. | J | T | | | | | |
| 29. -DFA US Small Cap 1 | A | Int./Div. | J | T | | | | | |
| 30. -Eagle Mid Cap Growth R6 | A | Int./Div. | J | T | | | | | |
| 31. -Fidelity Reitrement Money Market | A | Int./Div. | J | T | | | | | |
| 32. -Fidelity Select Software & Comp Port | A | Int./Div. | J | T | | | | | |
| 33. -Harbor Capital Appreciation Instl | A | Int./Div. | J | T | | | | | |
| 34. -Neuberger Berman High Income Bond | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Stone Harbor Emerging Mkts Debt Instl | A | Int./Div. | J | T | | | | | |
| 36. -Templeton Global Bond Adv | A | Int./Div. | J | T | | | | | |
| 37. -Wells Fargo Advantage Emerging Mkts | A | Int./Div. | J | T | | | | | |
| 38. -iShares Gold Trust | A | Int./Div. | J | T | | | | | |
| 39. USAA Investment Management account | | | | | | | | | |
| 40. -USAA Extended Market Index Fund | A | Int./Div. | J | T | | | | | |
| 41. -USAA Government Securities Fund | A | Int./Div. | J | T | | | | | |
| 42. -USAA Income Fund | A | Int./Div. | J | T | | | | | |
| 43. -USAA International Fund | A | Int./Div. | J | T | | | | | |
| 44. -USAA Precious Metals and Minerals Fund | A | Int./Div. | J | T | | | | | |
| 45. -USAA Science & Technology Fund | A | Int./Div. | J | T | | | | | |
| 46. -USAA Tax Exempt Short-Term Fund | A | Int./Div. | J | T | | | | | |
| 47. -USAA World Growth Fund | A | Int./Div. | J | T | | | | | |
| 48. Vanguard Life Strategy Moderate Growth Fund Roth IRA | B | Int./Div. | L | T | Buy (add'l) | 11/08/13 | K | | |
| 49. Vanguard Target Retirement 2025 - traditional IRA | B | Int./Div. | L | T | | | | | |
| 50. Vanguard Convertible Securities fund - Roth IRA | A | Int./Div. | K | T | Spinoff (from line 55) | 02/20/14 | K | | |
| 51. Vanguard Convertible Securities fund - Roth IRA | A | Int./Div. | K | T | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Wellesley Income Fund Inv - Roth IRA | A | Int./Div. | K | T | Spinoff (from line 55) | 02/20/14 | K | | |
| 53. Vanguard Wellesley Income Fund Inv - Roth IRA | A | Int./Div. | K | T | Buy (add'l) | 10/17/14 | J | | |
| 54. Vanguard Wellesley Income Fund inv - Roth IRA | A | Int./Div. | K | T | Buy (add'l) | 02/20/14 | J | | |
| 55. Vanguard Wellington Fund Admiral - Roth IRA | D | Int./Div. | L | T | Buy (add'l) | 12/12/13 | J | | |
| 56. Vanguard Wellington Fund Admiral - Roth IRA | D | Int./Div. | L | T | Buy (add'l) | 01/21/14 | L | | |
| 57. Vanguard Account | | | | | | | | | |
| 58. -Balanced Index Fund | A | Int./Div. | J | T | | | | | |
| 59. -Dividend Growth Fund | A | Int./Div. | J | T | Sold (part) | 05/24/13 | J | B | |
| 60. -Emerging Mkts Stk Index | A | Int./Div. | J | T | Sold (part) | 05/24/13 | J | A | |
| 61. -Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 62. -Equity Income Fund | A | Int./Div. | K | T | | | | | |
| 63. -Explorer Fund Investor | A | Int./Div. | J | T | | | | | |
| 64. -GNMA Fund Investor | A | Int./Div. | J | T | | | | | |
| 65. -Health Care Fund | A | Int./Div. | J | T | | | | | |
| 66. -Inflation-Protect Sec | A | Int./Div. | J | T | | | | | |
| 67. -Inter-Term Treasury | A | Int./Div. | J | T | | | | | |
| 68. -International Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -International Value | A | Int./Div. | J | T | | | | | |
| 70. -Long-Term Invest-GR | A | Int./Div. | J | T | | | | | |
| 71. -Long-Term Treasury | A | Int./Div. | J | T | | | | | |
| 72. -Mid-Cap Growth Index | A | Int./Div. | J | T | | | | | |
| 73. -REIT Index Fund Inv | A | Int./Div. | J | T | Buy (add'l) | 05/24/13 | J | | |
| 74. -REIT Index Fund Adm | A | Int./Div. | J | T | Spinoff (from line 73) | 06/06/13 | J | | |
| 75. -Small-Cap Growth Index | A | Int./Div. | J | T | | | | | |
| 76. -Total Bond Market Index | A | Int./Div. | J | T | | | | | |
| 77. -Total Intl Stock Ix | A | Int./Div. | J | T | | | | | |
| 78. -Wellesley Income Fund | A | Int./Div. | J | T | | | | | |
| 79. Putnam Multi Cap Growth Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 80. Putman Multi Cap Growth Fund (Roth IRA) | A | Int./Div. | K | T | | | | | |
| 81. North Carolina Credit Union | A | Int./Div. | J | T | | | | | |
| 82. NMIRF DC plan | | | | | | | | | |
| 83. -American Funds Growth Fund R5 | B | Int./Div. | | | Closed | 06/30/13 | K | | |
| 84. -Black Rock Equity Dividend Instl | A | Int./Div. | | | Closed | 06/30/13 | J | | |
| 85. -Brown Capital Mgmt Small Co Instl | B | Int./Div. | | | Closed | 06/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dodge & Cox Income | A | Int./Div. | | | Closed | 06/30/13 | J | | |
| 87. -Fidelity Retirement Money Mkt | A | Int./Div. | | | Closed | 06/30/13 | J | | |
| 88. -MFS International Value I | A | Int./Div. | | | Closed | 06/30/13 | K | | |
| 89. -Oppenheimer Developing Mkts Y | A | Int./Div. | | | Closed | 06/30/13 | J | | |
| 90. -Perkins Small Cap Value T | B | Int./Div. | | | Closed | 06/30/13 | J | | |
| 91. -Vanguard GNMA Adm | A | Int./Div. | | | Closed | 06/30/13 | J | | |
| 92. -ishares Gold Trust | A | Int./Div. | | | Closed | 06/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Heather L. | 1/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII lines 4, 13, 26, 39, 57 and 82 are header accounts. The details of the assets in these header accounts follow the header line.

Part VII lines 82 to 92 - this was a defined contribution account administered by the Northern Mariana Islands Retirement Fund. This account was closed. Part of the balance was deposited into a Vanguard account, and part was deposited to the filer's TSP.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Heather L. Kennedy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544